IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NATIONAL COMMISSION FOR THE CERTIFICATION OF CRANE OPERATORS**, a District of Columbia non-profit corporation,  Plaintiff,  vs.  **NATIONWIDE EQUIPMENT TRAINING, LLC**, a limited liability company, and **DONALD CHILDERS**, an individual,  Defendants. | CIVIL ACTION NO. 17-0152-CG-M |

## ORDER

The parties having filed a joint Stipulation for Dismissal with Prejudice on July 11, 2017 (Doc. 29), it is **ORDERED** that all claims in this action are hereby **DISMISSED with prejudice**. Each party shall bear his or its own costs and attorney's fees. The Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement and the terms of the Stipulated Permanent Injunction Order (Doc. 28).

**DONE and ORDERED** this 18th day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE